LAW OFFICES
**MESERVE, MUMPER & HUGHES LLP**

156253.1

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANA KILPATRICK,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>STANDARD INSURANCE COMPANY,<br><br>　　　　Defendant. | Case No. 5:16-cv-2087 JGB (SPx)<br><br>**ORDER TO DISMISS ENTIRE ACTION WITH PREJUDICE**<br><br>Judge: Hon. Jesus G. Bernal |

Based upon the Stipulation of the Parties and for good cause shown, IT IS HEREBY ORDERED that this action, Case No. 5:16-cv-2087 JGB (SPx), is dismissed in its entirety as to all defendants, with prejudice.

IT IS HEREBY FURTHER ORDERED that each Party shall bear its own attorneys' fees and costs in this matter.

**IT IS SO ORDERED.**

Dated: May 4, 2017

　　　　　　　　　　　　　　　　　　Hon. Jesus G. Bernal
　　　　　　　　　　　　　　　　　　United States District Court Judge